**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

IN RE:                                                          Case No. _____

<u>DXL, Inc.</u>                                                   Chapter **7** _____
                 Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June  6, 2017** _____    Signature: */s/ Dixon Langeman* _____
                                                        **Dixon Langeman, President**                            Debtor

Date: _____    Signature: _____
                                                                                                 Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

American Express Merchant Funding
4315 S 2700 W
Salt Lake City, UT  84184-0001


Bank & Olufsen America
200 Tri State Intl Ste 525
Lincolnshire, IL  60069-4429


Bank & Olufson
1751 Lake Cook Rd Ste 620
Deerfield, IL  60015-5637


Barry Stowe
20 Inveraray
Nashville, TN  37215-4129


BB&T Bank
289 S Culver St
Lawrenceville, GA  30046-4805


Brian Scheerhorn
1301 Peachtree St NE Apt 4C
Atlanta, GA  30309-3503


CPI Phipps LLC
289 S Culver St
Lawrenceville, GA  30046-4805

```
Forward Financing
36 Bromfield St
Boston, MA  02108-5221


Granite Telecommunications
900 Circle 75 Pkwy SE # 450
Atlanta, GA  30339-3061


Green Capital Funding
1 Evertrust Plz
Jersey City, NJ  07302-3051


Hellman Logistics
540 Airport South Pkwy # 400
Atlanta, GA  30349-8604


Kabbage Inc.
268 S State St # 300
Salt Lake City, UT  84111-5314


Lisa Harper, Esq.
3340 Peachtree Rd NE Ste 250
Atlanta, GA  30326-1045


Scott Yu
107 Mallock Ct
Goose Creek, SC  29445-5446
```

Simon Property Group
3500 Peachtree Rd NE
Atlanta, GA  30326-1222


Square Lending LLC
PO Box 455
Elkton, KY  42220-0455


Strategic Funding Source
120 W 45th St Fl 2
New York, NY  10036-4041


Yury Kichin
30 Wexford Club Dr
Hilton Head Island, SC  29928-3356

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

IN RE:                                                                    Case No. _____

DXL, Inc. _____    Chapter **7**_____
                        Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                                  the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                                          the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

DXL, Inc. _____    **X** */s/ Dixon Langeman*_____    **6/06/2017**
Printed Name(s) of Debtor(s)                        Signature of Debtor                              Date

Case No. (if known) _____    **X** _____
                                                            Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

LOCAL FORM 5005-7(c)(3)(B)

## United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

IN RE:                                                    Case No. _____

**DXL, Inc.**                                        Chapter **7** _____
_____
        Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

☑ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☑ * Petition | ☑ Schedule F |
| ☑ List of all Creditors | ☑ Schedule G |
| ☐ * List of 20 largest creditors | ☑ Schedule H |
| ☑ Schedule A | ☐ Schedule I |
| ☑ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☑ * Declarations Concerning Debtor's Schedules |
| ☑ Schedule D | ☑ * Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Dated: **June  6, 2017** _____      Signature:   ___ */s/ Dixon Langeman* _____
                                          Type or Print Name:   **Dixon Langeman** _____

Signature:   _____
Type or Print Name:   _____
(If Joint Debtors, Both Must Sign)

### Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: **June  6, 2017** _____            ___ */s/ Grant Brim* _____
                              Type or Print Name:   **Grant Brim** _____
                                                    Bar Number: **102388** _____

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Fill in this information to identify the case: |
| --- |

Debtor name  **DXL, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other | $743,502.00 |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other | $765,242.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- |
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **DXL, Inc.**                                                                    Case number *(if known)* _____

relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    CPI Phipps LLC v. DXL Inc.<br>17DD000051 | Dispossessory | Fulton State | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

Debtor    **DXL, Inc.**

Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brim Law, LLC**<br>**300 Colonial Center Parkway #100**<br>**Roswell, GA 30076** | | | **$1,800.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **DXL, Inc.**

Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Alpha Mini Storage**<br>**4757 S Cobb Dr SE**<br>**Smyrna, GA 30080-6953** | **Dixon Langeman** | **Debtor has been evicted from its retail location and the assets are in a storage unit at this address.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **DXL, Inc.** _____    Case number *(if known)* _____

leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.    **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26.    **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **AGH LLC**
            **3500 Piedmont Rd NE Ste 500**
            **Atlanta, GA 30305-1641** | **2013** |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **5**

Debtor    **DXL, Inc.**                                                    Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dixon Langeman | | owner/operator | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **DXL, Inc.**    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June  6, 2017__

__/s/ Dixon Langeman__    __Dixon Langeman__
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    __President__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DXL, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bank & Olufsen** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-4167813** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3500 Peachtree Rd NE, Suite E32 Atlanta,** | **1019 Queensgate Dr SE**<br>**Smyrna, GA 30082-6400** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **DXL, Inc.**                                                              Case number (*if known*) _____
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **DXL, Inc.**                                                      Case number (*if known*)
_____
Name

---

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**   ☑ **No**
**have possession of any**
**real property or personal**   ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

Contact name  _____

Phone  _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**   .    *Check one:*
**available funds**
☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ☑ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**              ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

---

**15.  Estimated Assets**   ☑ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☑ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor    **DXL, Inc.**
_____    Case number (*if known*) _____
Name

---

| | Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2017**
_____
MM / DD / YYYY

X **/s/ Dixon Langeman**
_____
Signature of authorized representative of debtor

**Dixon Langeman**
_____
Printed name

Title    **President**
_____

**18. Signature of attorney**

X **/s/ Grant Brim**
_____
Signature of attorney for debtor

Date    **June  6, 2017**
_____
MM / DD / YYYY

**Grant Brim**
_____
Printed name

**Brim Law, LLC**
_____
Firm name

**300 Colonial Center Parkway #100**
**Roswell, GA 30076**
_____
Number, Street, City, State & ZIP Code

Contact phone    _____    Email address    **gbrim@brimlawfirm.com**
_____

**102388**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **DXL, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  6, 2017**            X **/s/ Dixon Langeman**
                                             Signature of individual signing on behalf of debtor

                                          **Dixon Langeman**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **DXL, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

3.1.  **Checking account**                                                                                $0.00

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $0.00 |

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor  __DXL, Inc._____     Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Used Bang & Olufsen (B&O) BeoVision 8-40 Cabinet** | 6/1/2017 | $403.00 | | $403.00 |
| | **Used B&O BeoVision 11-46 Wall Bracket** | | $357.00 | | $357.00 |
| | **Used B&O BeoVision Horizon Wall Mount** | | $215.00 | | $215.00 |
| | **Used B&O BeoVision 12 Motorized Stand** | | $1,064.00 | | $1,064.00 |
| | **New B&Oo BeoVision Avant Cabinet Gray** | | $1,000.00 | | $1,000.00 |
| | **Used B&O BeoVision Avant Cabinet Gray** | | $560.00 | | $560.00 |
| | **Used B&O BeoVision 7-40 Table Stand** | | $280.00 | | $280.00 |
| | **Used B&O BeoVision 4-65 Wall Bracket** | | $521.00 | | $521.00 |
| | **Used B&O BeoVision 8 Floor Stand Black** | | $224.00 | | $224.00 |
| | **New B&O BeoVision 8-40 Wall Bracket** | | $112.00 | | $112.00 |
| | **Used B&O BeoVision 7-55 High Stand** | | $840.00 | | $840.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **DXL, Inc.**                                    Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| **Used B&O BeoVision 7-55 Wall Bracket** | | $154.00 | $154.00 |
| **Used B&O BeoVision 10-32 Floor Stand** | | $235.00 | $235.00 |
| **Used B&O BeoVision 11-40 Grill Driftwood** | | $90.00 | $90.00 |
| **Used B&O BeoVision 4-65 Black with ACM** | | $1,500.00 | $1,500.00 |
| **Used B&O BeoVision 11-40** | | $2,500.00 | $2,500.00 |
| **Used B&O BeoVision Avant Cabinet** | | $450.00 | $450.00 |
| **Used B&O Playmaker** | | $238.00 | $238.00 |
| **Used B&O BeoSound 5 CD ripper** | | $207.00 | $207.00 |
| **Used B&O Avant 55" Floor Stand** | | $1,000.00 | $1,000.00 |
| **Used B&O BeoSound 5 table stand black** | | $150.00 | $150.00 |
| **Used B&O BeoSound 5** | | $1,528.00 | $1,528.00 |
| **Used B&O BeoMaster 5** | | $1,186.00 | $1,186.00 |
| **Used B&O BeoMedia 1** | | $250.00 | $250.00 |
| **New B&O BeoLab 14 Ceiling Bracket** | | $106.00 | $106.00 |
| **Used B&O BeoLab 8000 (pair)** | | $1,000.00 | $1,000.00 |
| **2 Used Fritz Hansen Desk chairs** | | $400.00 | $400.00 |
| **Used Herman Miller Desk Chair** | | $500.00 | $500.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **DXL, Inc.**
       Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| **Used Apple Mac Mini** | | $300.00 | $300.00 |
| **HP Laserjet Printer** | | $200.00 | $200.00 |
| **Used HP Officejet 8600 Printer** | | $200.00 | $200.00 |
| **Used Samsung 22" LED TV** | | $50.00 | $50.00 |
| **Used Samsung Laptop computer** | | $150.00 | $150.00 |
| **Used B&O BeoPlay A9 wall bracket** | | $78.00 | $78.00 |
| **New B&O BeoPlay A9 legs Oak** | | $78.00 | $78.00 |
| **Used B&O BeoPlay A9 legs Oak** | | $78.00 | $78.00 |
| **New B&O BeoPlay A9 legs Maple** | | $78.00 | $78.00 |
| **Used B&O Kaleidescape Mini Player** | | $500.00 | $500.00 |
| **Used B&O Kaleidescape Cinema One** | | $1,000.00 | $1,000.00 |
| **B&O BeoSystem 2300** | | $300.00 | $300.00 |
| **B&O BeoSystem 2300** | | $300.00 | $300.00 |
| **B&O Beolab 14 Grills Blue** | | $78.00 | $78.00 |
| **B&O BeoLab 14 Grills Black** | | $75.00 | $75.00 |
| **B&O BeoLab 14 Grills dark gray** | | $75.00 | $75.00 |
| **B&O BeoLab 14 Grills dark gray** | | $112.00 | $112.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **DXL, Inc.**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| **B&O Beosound 9000 wall mount vertical** | | $175.00 | $175.00 |
| **B&O Beolab 3500 white** | | $600.00 | $600.00 |
| **B&O BeoLab 3500 wall mount** | | $95.00 | $95.00 |
| **B&O BeoCom 3** | | $175.00 | $175.00 |
| **3 Apple TVs** | | $200.00 | $200.00 |
| **Used B&O MASTERLINK Gateway** | | $500.00 | $500.00 |
| **Lutron Shade demo Kit** | | $600.00 | $600.00 |
| **Used RCA Mini Fridge** | | $75.00 | $75.00 |
| **Used B&O BeoLab 7-6 speakers** | | $1,500.00 | $1,500.00 |
| **Used Modernica Noguchi Coffee Table** | | $200.00 | $200.00 |
| **Used Dell Desktop Computer** | | $200.00 | $200.00 |
| **Used B&O BeoLink Wireless 1 Transmitter** | | $100.00 | $100.00 |
| **Used Sim 2 HT300E-DG Projector** | | $250.00 | $250.00 |
| **Used Panamax 5100 power conditioner** | | $150.00 | $150.00 |
| **Used Netgear 24 port internet switch** | | $75.00 | $75.00 |
| **New B&O BeoPlay V1-40 Table Stand** | | $200.00 | $200.00 |
| **Used Atlona Pro44m Video Matrix with Baluns** | | $400.00 | $400.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor  __DXL, Inc._____  Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **Used Atlona Pro3HD44m Video Matrix with Baluns** | $1,000.00 | $1,000.00 |
| **2 Used Oppo BDP-103 Blu Ray Players** | $150.00 | $150.00 |
| **Used B&O BeoVox Redline RL35 speakers** | $300.00 | $300.00 |
| **New B&O BeoLab 12-3 floor stands high** | $400.00 | $400.00 |
| **Used B&O BeoLab 12-3 floor stands low** | $175.00 | $175.00 |
| **New Lutron NTGBO-4-SIR-NI-SN** | $100.00 | $100.00 |
| **New Lutron ntgbo-ml-wh** | $25.00 | $25.00 |
| **New Lutron nt-grx-1S-wh** | $25.00 | $25.00 |
| **3 Used B&O Form 2i** | $50.00 | $50.00 |
| **Used B&O BeoLab 18 wall brackets (pair)** | $175.00 | $175.00 |
| **New Sonos** | $40.00 | $40.00 |
| **2 Used B&O BeoLab 9 grills white** | $100.00 | $100.00 |
| **2 Used B&O BeoLab 20 grills black** | $150.00 | $150.00 |
| **New B&O BeoLab 11 Wall Bracket** | $150.00 | $150.00 |
| **Used Sony Playstation 3** | $100.00 | $100.00 |
| **Used Samsung UBD-8500 UHD blu ray player** | $100.00 | $100.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **DXL, Inc.** | Case number *(If known)* | |
| | Name | | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | $29,257.00 |
| --- | --- |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Database (value unknown) | $0.00 | | $0.00 |

Debtor    **DXL, Inc.**                                              Case number *(If known)* _____
          Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.          _____

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __DXL, Inc._____   Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $29,257.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,257.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,257.00 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 9

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **DXL, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name        **DXL, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $227,000.00 |
|  | **American Express Merchant Funding** | |
|  | 4315 S 2700 W<br>Salt Lake City, UT 84184-0001 | |
|  | Date(s) debt was incurred _ | |
|  | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | $438,886.00 |
|---|---|---|
|  | **Bank & Olufsen America** | |
|  | 200 Tri State Intl Ste 525<br>Lincolnshire, IL 60069-4429 | |
|  | Date(s) debt was incurred _ | |
|  | Last 4 digits of account number  0328 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | $5,000.00 |
|---|---|---|
|  | **Barry Stowe** | |
|  | 20 Inveraray<br>Nashville, TN 37215-4129 | |
|  | Date(s) debt was incurred _ | |
|  | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | $4,300.00 |
|---|---|---|
|  | **BB&T Bank** | |
|  | 289 S Culver St<br>Lawrenceville, GA 30046-4805 | |
|  | Date(s) debt was incurred _ | |
|  | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com                12345

Debtor    **DXL, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $20,000.00 |
|---|---|---|---|

**Brian Scheerhorn**

1301 Peachtree St NE Apt 4C
Atlanta, GA 30309-3503

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $37,671.00 |
|---|---|---|---|

**CPI Phipps LLC**

289 S Culver St
Lawrenceville, GA 30046-4805

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15,246.00 |
|---|---|---|---|

**Forward Financing**

36 Bromfield St
Boston, MA 02108-5221

Date(s) debt was incurred __

Last 4 digits of account number  **LInc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,100.00 |
|---|---|---|---|

**Granite Telecommunications**

900 Circle 75 Pkwy SE # 450
Atlanta, GA 30339-3061

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $17,855.00 |
|---|---|---|---|

**Green Capital Funding**

1 Evertrust Plz
Jersey City, NJ 07302-3051

Date(s) debt was incurred __

Last 4 digits of account number  **LInc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,200.00 |
|---|---|---|---|

**Hellman Logistics**

540 Airport South Pkwy # 400
Atlanta, GA 30349-8604

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $29,589.00 |
|---|---|---|---|

**Kabbage Inc.**

268 S State St # 300
Salt Lake City, UT 84111-5314

Date(s) debt was incurred __

Last 4 digits of account number  **LInc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DXL, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.00 |
|---|---|---|---|

**Scott Yu**

107 Mallock Ct
Goose Creek, SC 29445-5446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**Simon Property Group**

3500 Peachtree Rd NE
Atlanta, GA 30326-1222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,717.00 |
|---|---|---|---|

**Square Lending LLC**

PO Box 455
Elkton, KY 42220-0455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **Plaz**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,690.00 |
|---|---|---|---|

**Strategic Funding Source**

120 W 45th St Fl 2
New York, NY 10036-4041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5482**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**Yury Kichin**

30 Wexford Club Dr
Hilton Head Island, SC 29928-3356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank & Olufson**<br>1751 Lake Cook Rd Ste 620<br>Deerfield, IL 60015-5637 | Line **3.2**<br>☐ Not listed. Explain ____ | **0328** |
| 4.2 | **Lisa Harper, Esq.**<br>3340 Peachtree Rd NE Ste 250<br>Atlanta, GA 30326-1045 | Line **3.6**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **DXL, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Lisa Harper, Esq.**<br>**3340 Peachtree Rd NE Ste 250**<br>**Atlanta, GA 30326-1045** | Line __3.13__<br><br>☐  Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 918,049.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 918,049.00 |

**Fill in this information to identify the case:**

Debtor name __**DXL, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **DXL, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ _____ City      State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City      State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City      State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City      State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name **DXL, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $      **29,257.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... $      **29,257.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................. $      **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $      **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **918,049.00**

4. Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b

   $      **918,049.00**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **DXL, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,800.00 |
| Prior to the filing of this statement I have received | $ | 1,800.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Obtaining pre-filing credit counseling (applies to individuals only), intake and preparation of petition and schedules. Amendments due to attorney error/oversight. Preparation of Chapter 13 Plan and necessary amendments. Attendance at initial 341 hearing and confirmation hearing (applies to Chapter 13 cases only), negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed. Objections to claims and bar date review for Chapter 13 cases. Pre-discharge financial counseling through approved agency,. Attorney certifies that prior to filing any Chapter 13 petition on Debtor's behalf, he provided a copy of the Rights and Responsibilities Statement between Chapter 13 debtors and their Attorneys required by this Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Reset 341 Hearings due to Debtor non-appearance, Amendments due to client oversight or error. Additional Filing Fees, representation of the Debtor(s) in any non-tax related dischargeabiility actions, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, judicial lien avoidances, relief from stay actions or any other adversary  proceeding (with the exception of tax related adversary proceeding). Post confirmation plan modifications.  Post confirmation schedule modifications. Motion to suspend plan payments. Motion to employ professsional. Motion to sell property. Application to refinance.  All other post-confirmation motions.  Any other action not specifically included above.  All additional time will be charged at the hourly rate stated in the applicable retainer agreement.  In Chapter 13 cases, Debtor's counsel must seek approval from the Bankruptcy Court for all fees above the base compensation set forth above.  Additional work shall be billed at $180.00 per hou**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

In re **DXL, Inc.** _____    Case No. _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  6, 2017** _____    **/s/ Grant Brim** _____
*Date*                                          **Grant Brim**
                                                *Signature of Attorney*
                                                **Brim Law, LLC**

                                                **300 Colonial Center Parkway #100**
                                                **Roswell, GA 30076**

                                                **gbrim@brimlawfirm.com** _____
                                                *Name of law firm*